IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ARCH ADAMS, | : | |
| | : | |
| Plaintiff, | : | CASE NO. |
| v. | : | 3:21-CV-0072 (CAR) |
| | : | |
| ABEO NORTH AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER ON PLAINTIFF'S REQUEST FOR JURISDICITIONAL DISCOVERY

The Court **GRANTS** Plaintiff Arch Adams's request for a period of jurisdictional discovery. As discussed with the parties during the telephone conference on October 1, 2021, all jurisdictional discovery is to be complete by December 15, 2021. A status conference with the parties will be held on or about November 15, 2021.

SO ORDERED, this 1st day of October, 2021.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT