**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 08/15/2024 | Type of Hearing: | Pretrial Conference |
| Judge: | C. Ashley Royal | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Beverly Lillie | Law Clerk: | Devin Berrigan |
| Courtroom: | D | | |

**Case Number: 3:21-CV-72 (CAR)**

| | | |
|---|---|---|
| ARCH ADAMS | Plaintiff Counsel: | Louis Levenson<br>Brannon Burroughs<br>David Cook, Jr. |
| v. | | |
| ABEO NORTH AMERICA INC | Defense Counsel: | Ryan Kurtz<br>Elizabeth Marquardt<br>William Eiselstein |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 2 hours 24 minutes**

| | |
|---|---|
| 9:51 am | Court convenes. Parties identify themselves. Court addresses parties regarding today's hearing schedule and standards of conduct in his courtroom. |
| 9:55 am | Discussion regarding restyling case. |
| 9:58 am | Court discusses parol evidence and requests research on indemnity agreements under Delaware law. |
| 10:00 am | Court states discovery and *Daubert* issues are closed. No additional discovery to be completed. Discussion of ABEO's due diligence. Discussion about meaning of "currently contemplated." |
| 10:07 am | Discussion about COVID-19's impact on Fun Spot's business. |
| 10:09 am | Discussion about ABEO's financial expert and Adams' claim for attorney's fees. |
| 10:15 am | Court requests parties create a packet for each of the 29 "ripe" cases. Both parties to review and submit one set of packages together. |
| 10:18 am | Court discusses indemnification agreement. |
| 10:22 am | Discussion regarding Defense claim for attorney's fees in this litigation. Defense to provide separated list. Parties will provide Delaware law regarding this point. |
| 10:27 am | Court requests research about Delaware law regarding reasonableness of costs when indemnitor does not take over defense and ability of 3rd parties to agree to indemnify Fun Spot. |
| 10:32 am | Court asks how much of the 11 million of lost profits is directly related to "currently contemplated" orders. Defense will find out and report back. Plaintiff would like to brief regarding lost future profits in Delaware. |
| 10:35 am | Discussion about insurance for 3rd party claims. |
| 10:38 am | Review of witnesses by each party and expected testimony. |

Adams v. Abeo
3:21-cr-00072-CAR
Page 2

| 10:49 am | Discussion about deposition designations. |
|---|---|
| 10:50 am | Court informs the parties of intended order of issues at trial. Discussion regarding potential witness issues. |
| 10:53 am | Parties discuss scheduling issues for expert witnesses. |
| 11:05 am | Plaintiff will get specifics regarding signing of joint defense agreement and send to Court.  Court expresses view that written consent to settle unnecessary and Plaintiff will respond on this point. |
| 11:15 am | Court requests Delaware law research on scope of indemnification of 3rd party claims and whether types of costs sought are typical under Delaware law. |
| 11:21 am | Discussion regarding expected testimony by Jackie Cooper. Defense states she will only testify about facts of underlying cases and there could be lay opinion about how case went, but not to ultimate opinion on law. |
| 11:23 am | Court discusses additional experts and daily trial schedule. |
| 11:33 am | Recess. |
| 11:48 am | Reconvened. |
| 11:49 am | Court discusses the order in which to deal with issues particularly parol evidence. Questions what the value of parol evidence is. Defense provides a copy of research on it. (Copy handed out to Court and Plaintiff.) Court decides to discuss parol evidence first at trial. |
| 11:50 am | Discussion regarding outstanding Motions in Limine. Court GRANTS Doc. 134 -  MOTION in Limine to Exclude Opinion Testimony of Jackie Cooper per earlier discussion. Any issues with lay opinion testimony will be decided at trial. Court GRANTS Doc. 135 -  MOTION in Limine regarding Exclusion of Undisclosed Pierce Opinions. Pierce may testify to the opinions in his report and what he said during his deposition. Reserves ruling on specific opinions offered by Pierce at trial. Reserves ruling on other Motions at this time. |
| 12:18 pm | Hard copy of 29 packets be provided to Court. |
| 12:24 pm | Defense reserves ability to object to exhibits. Asks about the 6 cases in the summary judgment order and whether the sufficient notice issue will carry throughout the trial. Court will revisit the issue after a review. |
| 12:28 pm | Second pretrial conference to be set at a later date. |
| 12:30  pm | Adjourned. |